UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 7, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>              Plaintiff,                       )<br>v.                                                      )<br>                                                          )<br>JOHN ORTIZ,                                  )<br>                                                          )<br>              Defendant.                    ) | CASE NUMBER: 2:15-mj-00191-AC<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>John Ortiz</u>; Case <u>2:15-mj-00191-AC</u> from custody and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

     _X_   Unsecured Appearance Bond in the amount of <u>$100,000.00</u>; co-signed by Samona Jenkins

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond secured by Real Property

     __   Corporate Surety Bail Bond

     _X_   (Other) <u>Pretrial Supervision/Conditions; **defendant to be released at 9:00 AM on 10/8/2015 to the custody of Pretrial Services.**</u>

Issued at <u>Sacramento, CA</u> on _____<u>10/7/2015</u>_____ at ___<u>3:15 PM</u>___ .

By _____/s/_____
Kendall J. Newman
United States Magistrate Judge